# United States District Court
## Violation Notice

(Rev. 1/2023)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E 1663094 | Vandergriff | C098 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 05/05/2026 | USC 21 844 |

Place of Offense

3990 East Broad St Columbus OH, 43213

Offense Description: Factual Basis for Charge HAZMAT □

Simple Possession

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | |
|---|---|---|
| Kuznetsov | Yaroslav | |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| ZVK589 | GA | 99 | Dodge | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | | Date |
|---|---|---|
| | U.S. District Court<br>85 Marconi Blvd<br>Columbus, OH 43215<br>614-719-3000 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______

Original - CVB Copy

*E1663094*

CVB SCAN 05/18/2026 16:27

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 5th, 2026 while exercising my duties as a law enforcement officer in the Southern District of Ohio

On 05 May 2026, at approximately 1431 hrs, I, Officer JOSEPH VANDERGRIFF Defense Logistics Agency Police Department, was conducting access control at Defense Supply Center Columbus when Mr. YAROSLAV KUZNETSOV attempted to enter DSCC commercial gate for a pick up at building 30. KUZNETSOV declared a firearm and ammo which are prohibited on base. While retrieving the ammo from the center console, I discovered what appeared to be a rolled cigarette which officers immediately recognized as the smell of marijuana. The substance was field tested with a Narcotics Identification Kit (NIK), section E, which tested positive for marijuana. I cited KUZNETSOV with an 1805 United States District Court Violation Notice for 21 USC 844, simple possession.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/05/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/18/2026 16:27